FILED
00 DEC 11 PM 3: 35
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CONNIE STOUDEMIRE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CV 00-B-2228-S |
| ) | |
| DIRECTOR OR VETERANS AFFAIRS, ) | |
| REGIONAL DIRECTORS OF VETERANS ) | |
| ADMINISTRATION, BIRMINGHAM, ) | |
| ALABAMA VETERANS HOSPITAL, ) | |
| and MONTGOMERY, ALABAMA ) | |
| VETERANS HOSPITAL, ) | |
| ) | |
| Defendants. ) | |

ENTERED
DEC 11 2000

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on September 22, 2000, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). Plaintiff responded by filing a document in which he is requesting that his case be dismissed without prejudice.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the response of the plaintiff, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

**DONE** this 11th day of December, 2000.

SHARON LOVELACE BLACKBURN
United States District Judge